August 28, 2009

Mr. Craig T. Enoch
Winstead PC
401 Congress Avenue, Suite 2100
Austin, TX 78701

Mr. Christopher H. Rentzel
Bracewell & Guiliani
1445 Ross Avenue, Suite 3800
Dallas, TX 75202-2711
Honorable Anne Ashby
Judge, 134th District Court
600 Commerce Street, Suite 428, 4th Flr
Dallas, TX 75202-4606

RE: Case Number: 08-0836
 Court of Appeals Number: 05-08-01249-CV
 Trial Court Number: 06-07736

Style: IN RE WEEKLEY HOMES, L.P.

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@courts.state.tx.us or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Jessica Hamby, Deputy Clerk
|cc:|Mr. Gary |
| |Fitzsimmons |
| |Ms. Lisa Matz |